# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ONE GEORGIA, INC., AFG GROUP INC d/b/a ABRAMS FOR GOVERNOR, and STACEY Y. ABRAMS,<br><br>       Plaintiffs,<br><br>   v.<br><br>CHRISTOPHER M. CARR, in his official capacity as the Attorney General of Georgia; JAMES D. KREYENBUHL, in his official capacity as Chairman of the Georgia Government Transparency and Campaign Finance Commission; ERIC L. BARNUM, in his official capacity as Vice Chair of the Georgia Government Transparency and Campaign Finance Commission; DARRYL HICKS, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; RICK THOMPSON, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; ROBERT A. WATTS, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; and DAVID EMADI, in his official capacity as Executive Secretary of the Georgia Government Transparency and Campaign Finance Commission,<br><br>       Defendants. | CIVIL ACTION FILE NO. 1:22-cv-01130-MHC<br><br>**JURY TRIAL REQUESTED**<br><br>**EMERGENCY RELIEF REQUESTED** |

# PLAINTIFFS' NOTICE OF REQUEST FOR EXPEDITED HEARING

COME NOW Plaintiffs One Georgia, Inc., AFG Group Inc d/b/a Abrams for Governor, and Stacey Y. Abrams through their undersigned attorneys and respectfully request an expedited hearing on their motion seeking preliminary injunctive relief, for the reasons stated in their Motion [9] and in Plaintiffs' combined response and reply filed contemporaneously today. Briefing on the Motion is complete and the Motion is ripe for determination. Meanwhile, Plaintiffs are experiencing ongoing harm each day as a result of abiding by Commission Defendants' order not to solicit or accept contributions through One Georgia ([1-3] at 5).

Due in part to Plaintiffs' lead counsel being out of the country April 3-10 [15], Plaintiffs respectfully request that the Court permit the parties to appear for oral hearing (in person or by Zoom) on or before April 1, 2022.

Respectfully submitted, this 30th day of March 2022.

**KREVOLIN & HORST, LLC**

**Joyce Gist Lewis**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
1201 W. Peachtree Street, NW
3250 One Atlantic Center
Atlanta, Georgia 30309
(404) 888-9700
(404) 888-9577 (facsimile)
jlewis@khlawfirm.com
sparks@khlawfirm.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: March 30, 2022 **Joyce Gist Lewis**
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **PLAINTIFFS' NOTICE OF REQUEST FOR EXPEDITED HEARING** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: March 30, 2022 **Joyce Gist Lewis**
*Attorneys for Plaintiffs*