IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ONE GEORGIA, INC.; AFG GROUP INC. d/b/a ABRAMS FOR GOVERNOR; and STACEY Y. ABRAMS,<br><br>  Plaintiffs,<br><br>v.<br><br>CHRISTOPHER M. CARR, in his official capacity as the Attorney General of Georgia; JAMES D. KREYENBUHL, in his official capacity as Chairman of the Georgia Government Transparency and Campaign Finance Commission; ERIC L. BARNUM, in his official capacity as Vice Chair of the Georgia Government Transparency and Campaign Finance Commission; ROBERT A. WATTS, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; DARRYL HICKS, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; RICK THOMPSON, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; and DAVID EMADI, in his official | CIVIL ACTION FILE<br><br>NO. 1:22-CV-1130-MHC |

**capacity as Executive Secretary of the Georgia Transparency and Campaign Finance Commission,**

 **Defendants.**

## ORDER

The above-styled matter is before the Court on Plaintiffs' Request for Expedited Hearing [Doc. 35] seeking a hearing on the pending motion seeking preliminary injunctive relief on April 1, 2022. A principal basis for the selection of that date is due to Plaintiffs' lead counsel being out of the country the week of April 3, 2022.

It is hereby **ORDERED** that Plaintiffs' Request for Expedited Hearing [Doc. 35] is **GRANTED IN PART and DENIED IN PART**. The Court will expedite a hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 9] and Defendants' Motion for an Order to Certify a Question of Law to the Supreme Court of Georgia [Doc. 33] on April 11, 2022, at 1:00 P.M. in Courtroom 1905, United States Courthouse, 75 Ted Turner Drive, S.E., Atlanta, Georgia.

**IT IS SO ORDERED** this 31st day of March, 2022.

_____
MARK H. COHEN
United States District Judge