IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ONE GEORGIA, INC., AFG GROUP INC d/b/a ABRAMS FOR GOVERNOR, and STACEY Y. ABRAMS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHRISTOPHER M. CARR, in his official capacity as the Attorney General of Georgia; JAMES D. KREYENBUHL, in his official capacity as Chairman of the Georgia Government Transparency and Campaign Finance Commission; ERIC L. BARNUM, in his official capacity as Vice Chair of the Georgia Government Transparency and Campaign Finance Commission; DARRYL HICKS, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; RICK THOMPSON, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; ROBERT A. WATTS, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; and DAVID EMADI, in his official capacity as Executive Secretary of the Georgia Government Transparency and Campaign Finance Commission,<br><br>　　　　　　　Defendants. | CIVIL ACTION FILE NO. 1:22-cv-01130-MHC<br><br>EMERGENCY RELIEF REQUESTED |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING DEFENDANT GEORGIANS FIRST LEADERSHIP COMMITTEE, INC.

The Court received Plaintiffs' Unopposed Motion seeking leave to file an amended complaint adding Georgians First Leadership Committee, Inc. as a defendant on April 20, 2022. The motion being unopposed and there being just terms to amend the complaint and to add Georgians First as a defendant under Federal Rules of Civil Procedure 15(a) and 21, the Court hereby **ORDERS** that the Motion is **GRANTED**.

The Court **DIRECTS** the Clerk of Court to docket the proposed verified first amended complaint [Doc. 46-1] as Plaintiffs' Verified First Amended Complaint and to issue a summons for Georgians First Leadership Committee, Inc.

Plaintiffs are **ORDERED** to serve Georgians First Leadership Committee, Inc. with process in accordance with the Federal Rules of Civil Procedure and to file a certificate of service once completed.

**IT IS SO ORDERED** this 20th day of April 2022.

MARK H. COHEN
United States District Judge