# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 02, 2022

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 22-11495-J
Case Style: One Georgia, Inc., et al v. Georgians First Leadership Committee, Inc.
District Court Docket No: 1:22-cv-01130-MHC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J/lt
Phone #: (404) 335-6183

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11495-J

_____

ONE GEORGIA, INC.,
AFG GROUP INC.,
d.b.a. Abrams for Governor,
STACEY Y. ABRAMS,

                                                      Plaintiffs-Appellees,

versus

GEORGIANS FIRST LEADERSHIP COMMITTEE, INC.,

                                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before: WILSON, JORDAN, and LUCK, Circuit Judges.

BY THE COURT:

      Before this Court are the parties' responses to the June 14, 2022 order to show cause why this appeal should not be dismissed.  Appellant's motion to dismiss this appeal as moot, as construed from its response, is GRANTED.  Appellant's request to vacate the district court's order is DENIED.

      This appeal is DISMISSED AS MOOT.  The Clerk's Office is DIRECTED to close the file on this appeal.